UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-ED4

01 AUG 30 PM 1: 59

CLERK
U.S. DISTRICT COURT

No. **01C 6799**

JUDGE MANNING

**DOCKETED**

AUG 3 1 2001

MAGISTRATE JUDGE LEVIN

| | |
|---|---|
| BRIAN MORRIS, JAMES HARRIS, GENTILE TABOR, and MARCUS WASHINGTON, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| VILLAGE OF ROBBINS, a municipality; ROBBINS CHIEF OF POLICE JOHNNY HOLMES, in his official capacity and his individual capacity; ROBBINS POLICE OFFICER CARL SCOTT, Star No. 358, in his official capacity and his individual capacity; ROBBINS POLICE OFFICER DION KIMBLE Star No. 323, in his official capacity and his individual capacity; ROBBINS POLICE OFFICER ANTHONY HOSEY, Star No. 311, in his official capacity and his individual capacity; ROBBINS POLICE OFFICER TYRUS LESTER, Star No. 303, in his official capacity and his individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## COMPLAINT

The Plaintiffs Brian Morris, James Harris, Gentile Tabor, and Marcus Washington, by and through their attorneys, Holzman & Levinsohn, complain of the Defendants, Village of Robbins, a municipality; Robbins Chief of Police Johnny Holmes, Robbins Police Officer Carl Scott, Star No. 358, in his official capacity

and his individual capacity; Robbins Police Officer Dion Kimble, Star No. 323, in his official capacity and his individual capacity; Robins Police Officer Anthony Hosey, Star No. 311 in his official capacity and his individual capacity; Robbins Police Officer Tyrus Lester, Star No. 303, in his official capacity and his individual capacity, as follows:

## JURISDICTION AND VENUE

1.    That this is a civil action for damages to redress deprivations under color of law, rights, privileges and immunities secured by the 4th, and 14th Amendments to the United States Constitution, and Title 42 U.S.C. Sections 1983 and 1988. That all acts complained of took place in the Northern District of Illinois, Eastern Division.  The Court has jurisdiction of this action under Title 28 U.S.C. Sections 1331 and 1343.

## PARTIES

2.    The Plaintiffs Brian Morris, James Harris, Gentile Tabor, and Marcus Washington are natural persons.

3.    The Defendant Village of Robbins, is a municipality organized under Illinois law and located in Cook County, Illinois.

4.    Defendant Johnny Holmes was at all relevant times a sworn peace officer and the chief of police for the Village of Robbins acting under color of state law.

5.    Defendant Carl Scott was at all relevant times a sworn

member of the Robbins police department acting under color of state law.

6. Defendant Dion Kimble at all relevant times was a sworn member of the Robbins police department acting under color of state law.

7. Defendant Anthony Hosey at all relevant times was a sworn member of the Robbins police department acting under color of state law.

8. Defendant Tyrus Lester at all relevant times was a sworn member of the Robbins police department acting under color of state law.

## **FACTS**

9. On December 16, 1999 at or about 10:00 p.m., Brian Morris, James Harris, Gentile Tabor and Marcus Washington were inside an automobile which was parked at or near the east side of Grace Street at or near its intersection with 139th Street, Robbins, Illinois.

10. At said time and location, Officers Scott, Kimble, Hosey, and Lester were in a Village of Robbins police vehicle.

11. At said time and location, the police vehicle stopped, and Scott, Kimble, Hosey, and Lester exited the vehicle, with their weapons drawn, and ran towards the Plaintiffs' car.

12. Plaintiffs Harris, Morris, Tabor, and Washington had not violated any city, state, or federal laws.

13.  The defendant police officers had no reason to believe that Plaintiffs Harris, Morris, Tabor, and Washington had violated or were about to violate any city, state, or federal laws.

14.  As Officer Scott approached, he fired his weapon at the car containing the Plaintiffs.

15.  The bullet from Officer Scott's gun shattered the front passenger side window and struck Plaintiff Morris.

16.  Defendants subsequently arrested Plaintiffs Morris, Harris, and Tabor.

17.  Defendant Scott signed a criminal complaint against Plaintiffs Harris and Tabor alleging aggravated assault.

18.  Defendant Scott signed a criminal complaint against Plaintiff Morris for reckless driving.

19.  The State's Attorney's Office for Cook County dismissed the aggravated assault case against Tabor, dismissed the aggravate assault charge against Harris, and dismissed the reckless driving charge against Morris.

## COUNT I

## VILLAGE OF ROBBINS

20.  The Plaintiffs repeat and reallege Paragraphs 1 through 19 and incorporate them into Count I.

21.  That the Defendant Village of Robbins has officially sanctioned, approved or authorized unconstitutional policies instituted by Defendant's police department.

22.  Defendant Village of Robbins, through its policies, practices and customs, has caused the Plaintiffs to suffer unconstitutional deprivation of liberty and the equal protection of the laws and has thereby exhibited deliberate indifference toward Plaintiffs in regard to failing to supervise and train its employees.

23.  That at all times herein the Defendant Village of Robbins had actual knowledge that the defendant officers were not properly trained. The Village knew that its officers were using unjustified deadly force during the course of their employment, that its officers made arrests without probable cause, and that its officers filed false criminal charges against its citizens.

24.  The Defendant Village knew that the Defendant Officers used unjustified deadly force against Plaintiff Brian Morris.

25.  The Defendant Village knew that the Defendant officers without probable cause surrounded and later chased Plaintiffs.

26.  The Defendant Village knew that the Defendant Officers without probable cause arrested and filed false charges against Plaintiffs Morris, Tabor, and Harris.

WHEREFORE the Plaintiffs asks for judgment in their favor for compensatory damages to cover the Plaintiffs' medical expenses, physical and mental injury, and time in custody. Because the Defendant acted willfully, wantonly or with gross recklessness, the Plaintiffs are seeking punitive damages. The Plaintiffs are also seeking costs and attorney's fees.

## COUNT II

### JOHNNY HOLMES

27. The Plaintiffs repeat and reallege Paragraphs 1 through 19 and incorporate them into Count II.

28. That the Defendant Johnny Holmes officially sanctioned, ordered, approved or authorized unconstitutional policies, customs or usages employed by Officers Kimble, Hosey, Lester, and Scott.

29. Defendant Johnny Holmes, through his policies, practices and customs, has caused the Plaintiffs to suffer unconstitutional deprivation of liberty and the equal protection of the laws and has thereby exhibited deliberate indifference toward Plaintiffs by failing to supervise and train his officer employees.

30. That at all times herein the Defendant Johnny Holmes had actual knowledge that the defendant officers were not properly trained and using unjustified deadly force during the course of their employment.

31. The Defendant Holmes knew that the Defendant Officers used unjustified deadly force against Plaintiff Brian Morris.

32. The Defendant Holmes knew that the Defendant Officers without probable cause surrounded and later chased Plaintiffs.

33. The Defendant Holmes knew that the Defendant Officers without probable cause arrested and filed false charges against Plaintiffs Morris, Tabor, and Harris.

WHEREFORE the Plaintiffs ask for judgment in their favor for compensatory damages to cover the Plaintiffs' medical expenses, physical and mental injury, and time in custody. Because the Defendant acted willfully, wantonly or with gross recklessness, the Plaintiffs are seeking punitive damages. The Plaintiffs are also seeking costs and attorney's fees.

## COUNT III

### SCOTT, KIMBLE, HOSEY, LESTER

34. The Plaintiffs repeat and reallege Paragraphs 1 through 19 and incorporate them into Count III.

35. The Defendants used unjustified deadly force against Plaintiff Brian Morris.

36. The Defendants without probable cause surrounded and later chased Plaintiffs.

37. The Defendants without probable cause arrested and filed false charges against Plaintiffs Morris, Tabor, and Harris.

38. At the time of the aforesaid events, the Defendants Scott, Kimble, Hosey, and Lester acted under color of law and their acts constituted a violation of the Plaintiffs' rights under the Fourth and Fourteenth Amendments to the United States Constitution by depriving the Plaintiffs of their rights to be free from excessive force and arrest without probable cause.

39. As a direct and proximate result of the foregoing, the Plaintiff Morris was caused to sustain serious bodily injury,

permanent disfigurement, emotional distress, humiliation, suffering, and other damages.

40.  As a direct and proximate result of the foregoing, the Plaintiffs Harris, Tabor, and Washington suffered humiliation, injury, emotional distress, and other damages.

WHEREFORE the Plaintiffs asks for judgment in their favor for compensatory damages to cover Plaintiffs' medical expenses, physical and mental injury, and time in custody.  Because the Defendants acted willfully, wantonly or with gross recklessness, the Plaintiffs are seeking punitive damages.  The Plaintiffs are also seeking costs and attorney's fees.

PLAINTIFFS DEMAND A JURY TRIAL.

Respectfully submitted,

MICHAEL J. LEVINSOHN

MICHAEL J. LEVINSOHN
MICHAEL G. HOLZMAN
TIMOTHY M. GRACE
HOLZMAN & LEVINSOHN
53 W. Jackson Blvd.,
Suite 1350
Chicago, IL 60604
(312) 427-2163

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** BRIAN MORRIS, JAMES HARRIS, GENTILE TABOR, AND MARCUS WASHINGTON

**DEFENDANTS** VILLAGE OF ROBBINS, JOHNNY HOLMES, CARL SCOTT, DION KIMBLE, ANTHONY HOSEY, TYRUS LESTER

JUDGE MANNIN

DOCKETED

AUG 3 1 2001

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Holzman & Levinsohn
53 W. Jackson Blvd. Suite 1350
Chicago, Illinois 60604
312-427-2163

ATTORNEYS (IF KNOWN)

# 01C 6799

MAGISTRATE JUDGE LEVIN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. § 1983; excessive force, unlawful arrest, detention without probable cause

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☒ YES ☐ NO
CHECK YES only if demanded in complaint

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE August 30, 2001

SIGNATURE OF ATTORNEY OF RECORD
Michael Samuel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

AUG 3 1 2001

n the Matter of
    BRIAN MORRIS, et.al.,
        Plaintiffs,

Case Number: **01C  6799**

        vs.
    VILLAGE OF ROBBINS et.al.,
        Defendants

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:   JUDGE MANNING

    Brian Morris, James Harris, Gentile Tabor, and Marcus Washington --
    Plaintiffs

MAGISTRATE JUDGE LEVIN

| (A) | (B) |
|---|---|
| SIGNATURE *Michael Levinsohn* | SIGNATURE |
| NAME   Michael J. Levinsohn | NAME   Michael Holzman |
| FIRM   Holzman & Levinsohn | FIRM   Same as "A" |
| STREET ADDRESS  53 W. Jackson Blvd., Suite 1350 | STREET ADDRESS |
| CITY/STATE/ZIP   Chicago, IL 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  312 427-2163    FAX NUMBER 312 922-0066 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6225452 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6201313 |
| MEMBER OF TRIAL BAR?   YES ☒  NO ☐ | MEMBER OF TRIAL BAR?   YES ☐  NO ☒ |
| TRIAL ATTORNEY?   YES ☒  NO ☐ | TRIAL ATTORNEY?   YES ☐  NO ☒ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐  NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE *Timothy M. Grace* | SIGNATURE |
| NAME   Timothy M. Grace | NAME |
| FIRM   Same as "A" | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6237204 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☒  NO ☐ | MEMBER OF TRIAL BAR?   YES ☐  NO ☐ |
| TRIAL ATTORNEY?   YES ☐  NO ☒ | TRIAL ATTORNEY?   YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL?   YES ☐  NO ☐ |

FILED
01 AUG 30 PM 1:59
U.S. DISTRICT COURT
CLERK